| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| James R. Selth - Bar #123420<br>WEINTRAUB ZOLKIN TALERICO & SELTH LLP<br>11766 Wilshire Boulevard, Suite 730<br>Los Angeles, CA 90025<br><br>Telephone: (310) 207-1494<br>Facsimile: (310) 442-0660<br><br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor* GREGORY A. PEPLIN | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>GREGORY A. PEPLIN,<br><br><br><br><br>Debtor(s) | CASE NO.: 2:24-bk-13645-DS<br>CHAPTER: 7<br><br>**SUMMARY OF AMENDED SCHEDULES,
MASTER MAILING LIST,
AND/OR STATEMENTS
[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☐ Yes ☒ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☒ Schedule A/B    ☒ Schedule C    ☐ Schedule D    ☐ Schedule E/F    ☐ Schedule G
☒ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers    ☐ Statement of Intention    ☐ Master Mailing List
☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 05/23/2024

_____
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE**: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*December 2015* | Page 1 | **F 1007-1.1.AMENDED.SUMMARY**

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Gregory A Peplin** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number    2:24-bk-13645-DS

☐ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

1.1
**1429 Via Sevilla**
Street address, if available, or other description

**La Verne    CA    91750-0000**
City    State    ZIP Code

**Los Angeles**
County

What is the property? Check all that apply
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**    **Current value of the portion you own?**
$1,375,000.00    $1,375,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee simple**

☒ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

Debtor 1  **Gregory A Peplin**    Case number *(if known)* **2:24-bk-13645-DS**

**If you own or have more than one, list here:**

**1.2**

**1129 Via San Lorenzo**
Street address, if available, or other description

**Bullhead City**    **AZ**    **86429-5993**
City    State    ZIP Code

**Mohave**
County

**What is the property?** Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**
**Vacant lot**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** **$70,000.00**

**Current value of the portion you own?** **$70,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee simple**

☐ **Check if this is community property** (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..................................................................=>**    **$1,445,000.00**

---

**Part 2:** **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

**3.1**  Make: **GMC**
Model: **Sierra 1500**
Year: **2023**
Approximate mileage: **14,400**
Other information:

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** **$59,000.00**

**Current value of the portion you own?** **$59,000.00**

**3.2**  Make: **Honda**
Model: **Accord**
Year: **2014**
Approximate mileage: **109,196**
Other information:

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** **$8,000.00**

**Current value of the portion you own?** **$8,000.00**

| Debtor 1 | Gregory A Peplin | Case number *(if known)* | 2:24-bk-13645-DS |
|---|---|---|---|

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☐ No
   ■ Yes

   **4.1** Make: **Shockwave**
   Model: **25' Tremor Walk-Thru**
   Year: **2014**
   Other information: **Includes 2014 Extreme trailer; in storage unit in Bullhead City, Arizona**

   Who has an interest in the property? Check one
   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another
   ☐ Check if this is community property (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   Current value of the entire property? **$75,000.00**
   Current value of the portion you own? **$75,000.00**

   **4.2** Make: **Bombardier**
   Model: **Sea-Doo**
   Year: **2015**
   Other information: **Jet ski (2-seater); in storage unit in Bullhead City, Arizona**

   Who has an interest in the property? Check one
   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another
   ☐ Check if this is community property (see instructions)

   Current value of the entire property? **$10,000.00**
   Current value of the portion you own? **$10,000.00**

   **4.3** Make: **Bombardier**
   Model: **Sea-Doo**
   Year: **2015**
   Other information: **Jet ski (3-seater); in storage unit in Bullhead City, Arizona; includes trailer for both jet skis**

   Who has an interest in the property? Check one
   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another
   ☐ Check if this is community property (see instructions)

   Current value of the entire property? **$10,000.00**
   Current value of the portion you own? **$10,000.00**

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................................=>  **$162,000.00**

**Part 3:  Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own? Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | Household goods and furnishings | $3,000.00 |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | Four TVs with two soundbars, DVD player, desktop computer with printer/scanner, tablet, two cell phones, two iPads | $1,000.00 |
   |---|---|

| Debtor 1 | Gregory A Peplin | Case number *(if known)* | 2:24-bk-13645-DS |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☒ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☒ Yes. Describe.....

   | **Sports memorabilia and baseball cards** | $200.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☒ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☒ Yes. Describe.....

    | **Clothing, including shoes and purses of non-debtor spouse** | $500.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☒ Yes. Describe.....

    | **Men's and women's Apple watches, woman's Seiko watch, wedding bands** | $1,200.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ☒ Yes. Describe.....

    | **Pet dog** | $0.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☒ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...........................................................................    **$5,900.00**

---

**Part 4:** **Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ☒ Yes................................................................

| Debtor 1 | Gregory A Peplin | Case number *(if known)* | 2:24-bk-13645-DS |

| | | |
|---|---|---:|
| | Cash on hand | $21.00 |

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.......................

    Institution name:

    | | | | |
    |---|---|---|---:|
    | 17.1. | **Checking** | **Bank of America; Acct. No. xxxxxxxx0068** | $40,718.68 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................

    | Name of entity: | % of ownership: | | |
    |---|---:|---|---:|
    | **A.R.D. Marketing, Inc.; Company in pending Chapter 11 bankruptcy, Case No. 2:24-bk-13156-DS** | 100 | % | $0.00 |
    | **Blue Moon Marketing Group, Inc.; only asset is small bank account and Izusu box truck; debts exceed assets** | 100 | % | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

    | Type of account: | Institution name: | |
    |---|---|---:|
    | **401(k)** | **401(k) accounts for Debtor and non-debtor spouse at Human Interest** | $2,586.89 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No

| Debtor 1 | Gregory A Peplin | Case number *(if known)* | 2:24-bk-13645-DS |
|---|---|---|---|

☐ Yes............  Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

| **Money or property owed to you?** | | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|---|

28. **Tax refunds owed to you**
    ☐ No
    ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| Possible tax refund for 2023; amount unknown | Federal and state | Unknown |
|---|---|---|

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☐ No
    ■ Yes. Give specific information..

| Loans to Debtor's corporation in amount to be determined; likely worthless as company is in pending Chapter 11 proceeding | | Unknown |
|---|---|---|
| Unpaid pre-petition wages from Debtor's company A.R.D. Marketing, Inc.; collectibility doubtful as company is in pending Chapter 11 proceeding | | $6,923.08 |

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Term life insurance policy (Debtor) with New York Life; no cash surrender value | Debtor's spouse | $0.00 |

| | | |
|---|---|---|
| **Term life insurance policy (Debtor's spouse) with New York Life; no cash surrender value** | Debtor | $0.00 |
| **Term life insurance policy (Debtor) with John Hancock; no cash surrender value** | Debtor's spouse | $0.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.....................................................................................** $50,249.65

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... $0.00

| Debtor 1 | Gregory A Peplin | Case number *(if known)* | 2:24-bk-13645-DS |
|---|---|---|---|

**Part 8:** List the Totals of Each Part of this Form

| | | | |
|---|---|---:|---:|
| 55. | **Part 1: Total real estate, line 2** ............................................................................................................. | | $1,445,000.00 |
| 56. | **Part 2: Total vehicles, line 5** | $162,000.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $5,900.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $50,249.65 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $218,149.65 | Copy personal property total → $218,149.65 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $1,663,149.65 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Gregory | A | Peplin |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): 2:24-bk-13645-DS

■ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt    4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **1429 Via Sevilla La Verne, CA 91750 Los Angeles County**<br>Line from *Schedule A/B*: **1.1** | $1,375,000.00 | ■ $699,421.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.730** |
| **2014 Honda Accord 109,196 miles**<br>Line from *Schedule A/B*: **3.2** | $8,000.00 | ■ $7,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.010** |
| **Household goods and furnishings**<br>Line from *Schedule A/B*: **6.1** | $3,000.00 | ■ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Four TVs with two soundbars, DVD player, desktop computer with printer/scanner, tablet, two cell phones, two iPads**<br>Line from *Schedule A/B*: **7.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Clothing, including shoes and purses of non-debtor spouse**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |

Official Form 106C    Schedule C: The Property You Claim as Exempt    page 1 of 2

| Debtor 1 | **Gregory A Peplin** | | Case number (if known) | **2:24-bk-13645-DS** |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Men's and women's Apple watches, woman's Seiko watch, wedding bands**<br>Line from *Schedule A/B*: **12.1** | $1,200.00 | ■ | $1,200.00 | **C.C.P. § 704.040** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Checking: Bank of America; Acct. No. xxxxxxxx0068**<br>Line from *Schedule A/B*: **17.1** | $40,718.68 | ■ | $2,080.00 | **C.C.P. § 704.220** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Checking: Bank of America; Acct. No. xxxxxxxx0068**<br>Line from *Schedule A/B*: **17.1** | $40,718.68 | ■ | $38,638.68 | **C.C.P. § 704.225** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **401(k): 401(k) accounts for Debtor and non-debtor spouse at Human Interest**<br>Line from *Schedule A/B*: **21.1** | $2,586.89 | ☐ | | **C.C.P. § 704.115(a)(1) & (2), (b)** |
| | | ■ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ■ No

       ☐ Yes

**Fill in this information to identify your case:**

Debtor 1: **Gregory A Peplin**
First Name    Middle Name    Last Name

Debtor 2: _____
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number: **2:24-bk-13645-DS**
(if known)

■ Check if this is an amended filing

Official Form 106H
# Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

☐ No
■ Yes.

In which community state or territory did you live?    **California**    . Fill in the name and current address of that person.

**Ashley A. Peplin**
**1429 Via Sevilla**
**La Verne, CA 91750**
Name of your spouse, former spouse, or legal equivalent
Number, Street, City, State & Zip Code

**3.** In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1 **A.R.D. Marketing, Inc.**<br>**2120 Foothill Blvd., Suite 212**<br>**La Verne, CA 91750** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.7**<br>☐ Schedule G _____<br>**Desert Trade Graphics, Inc.** |
| 3.2 **A.R.D. Marketing, Inc.**<br>**2120 Foothill Blvd., Suite 212**<br>**La Verne, CA 91750** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.6**<br>☐ Schedule G _____<br>**BankFinancial, National Association** |

| Debtor 1 | **Gregory A Peplin** | Case number *(if known)* | **2:24-bk-13645-DS** |
|---|---|---|---|

**Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**  *Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

3.3 **A.R.D. Marketing, Inc.**
**2120 Foothill Blvd., Suite 212**
**La Verne, CA 91750**

☐ Schedule D, line _____
■ Schedule E/F, line __4.16__
☐ Schedule G _____
**Liberty Capital Group, Inc.**

3.4 **A.R.D. Marketing, Inc.**
**2120 Foothill Blvd., Suite 212**
**La Verne, CA 91750**

☐ Schedule D, line _____
■ Schedule E/F, line __4.9__
☐ Schedule G _____
**Financial Pacific Leasing, Inc.**

3.5 **A.R.D. Marketing, Inc.**
**2120 Foothill Blvd., Suite 212**
**La Verne, CA 91750**

☐ Schedule D, line _____
■ Schedule E/F, line __4.4__
☐ Schedule G _____
**Amur Equipment Finance, Inc.**

3.6 **A.R.D. Marketing, Inc.**
**2120 Foothill Blvd., Suite 212**
**La Verne, CA 91750**

☐ Schedule D, line _____
■ Schedule E/F, line __4.11__
☐ Schedule G _____
**First Federal Leasing**

3.7 **A.R.D. Marketing, Inc.**
**2120 Foothill Blvd., Suite 212**
**La Verne, CA 91750**

☐ Schedule D, line _____
■ Schedule E/F, line __4.12__
☐ Schedule G _____
**Highland Capital Corporation**

3.8 **A.R.D. Marketing, Inc.**
**2120 Foothill Blvd., Suite 212**
**La Verne, CA 91750**

☐ Schedule D, line _____
■ Schedule E/F, line __4.25__
☐ Schedule G _____
**U.S. Small Business Administration**

3.9 **A.R.D. Marketing, Inc.**
**2120 Foothill Blvd., Suite 212**
**La Verne, CA 91750**

☐ Schedule D, line _____
■ Schedule E/F, line __4.5__
☐ Schedule G _____
**Ashwood Agency**

3.10 **A.R.D. Marketing, Inc.**
**2120 Foothill Blvd., Suite 212**
**La Verne, CA 91750**

☐ Schedule D, line _____
■ Schedule E/F, line __4.10__
☐ Schedule G _____
**First Citizens Bank & Trust Company**

| Debtor 1 | Gregory A Peplin | Case number *(if known)* | 2:24-bk-13645-DS |
|---|---|---|---|

**Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**  *Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

3.11 **A.R.D. Marketing, Inc.**
**2120 Foothill Blvd., Suite 212**
**La Verne, CA 91750**

☐ Schedule D, line _____
■ Schedule E/F, line __4.13__
☐ Schedule G _____
**Indigo America, Inc.**

3.12 **A.R.D. Marketing, Inc.**
**2120 Foothill Blvd., Suite 212**
**La Verne, CA 91750**

☐ Schedule D, line _____
■ Schedule E/F, line __4.14__
☐ Schedule G _____
**Kelly Spicers Inc.**

3.13 **A.R.D. Marketing, Inc.**
**2120 Foothill Blvd., Suite 212**
**La Verne, CA 91750**

☐ Schedule D, line _____
■ Schedule E/F, line __4.15__
☐ Schedule G _____
**Kyocera Document Solutions West LLC**

3.14 **A.R.D. Marketing, Inc.**
**2120 Foothill Blvd., Suite 212**
**La Verne, CA 91750**

☐ Schedule D, line _____
■ Schedule E/F, line __4.17__
☐ Schedule G _____
**Phil Adishian**

3.15 **A.R.D. Marketing, Inc.**
**2120 Foothill Blvd., Suite 212**
**La Verne, CA 91750**

☐ Schedule D, line _____
■ Schedule E/F, line __4.19__
☐ Schedule G _____
**Response Envelope**

3.16 **A.R.D. Marketing, Inc.**
**2120 Foothill Blvd., Suite 212**
**La Verne, CA 91750**

☐ Schedule D, line _____
■ Schedule E/F, line __4.20__
☐ Schedule G _____
**Royal Alliances. Inc.**

3.17 **A.R.D. Marketing, Inc.**
**2120 Foothill Blvd., Suite 212**
**La Verne, CA 91750**

☐ Schedule D, line _____
■ Schedule E/F, line __4.21__
☐ Schedule G _____
**Select Direct**

3.18 **A.R.D. Marketing, Inc.**
**2120 Foothill Blvd., Suite 212**
**La Verne, CA 91750**

☐ Schedule D, line _____
■ Schedule E/F, line __4.22__
☐ Schedule G _____
**Shemger Enterprises, LLC**

| Debtor 1 | Gregory A Peplin | Case number *(if known)* | 2:24-bk-13645-DS |
|---|---|---|---|

**Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**  *Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

3.19 **A.R.D. Marketing, Inc.**
 **2120 Foothill Blvd., Suite 212**
 **La Verne, CA 91750**
 ☐ Schedule D, line _____
 ■ Schedule E/F, line __4.23__
 ☐ Schedule G _____
 **Summit Staff Solutions, LLC**

3.20 **A.R.D. Marketing, Inc.**
 **2120 Foothill Blvd., Suite 212**
 **La Verne, CA 91750**
 ☐ Schedule D, line _____
 ■ Schedule E/F, line __4.26__
 ☐ Schedule G _____
 **Xerox Corporation**

3.21 **A.R.D. Marketing, Inc.**
 **2120 Foothill Blvd., Suite 212**
 **La Verne, CA 91750**
 ☐ Schedule D, line _____
 ■ Schedule E/F, line __4.18__
 ☐ Schedule G _____
 **Prologistix**

3.22 **A.R.D. Marketing, Inc.**
 **2120 Foothill Blvd., Suite 212**
 **La Verne, CA 91750**
 ☐ Schedule D, line _____
 ■ Schedule E/F, line __4.1__
 ☐ Schedule G _____
 **2120 Foothill Properties, LLC**

3.23 **Ashley Peplin**
 **1429 Via Sevilla**
 **La Verne, CA 91750**
 ■ Schedule D, line __2.1__
 ☐ Schedule E/F, line _____
 ☐ Schedule G _____
 **Equity Financial Design, LLC**

3.24 **Ashley Peplin**
 **1429 Via Sevilla**
 **La Verne, CA 91750**
 ■ Schedule D, line __2.3__
 ☐ Schedule E/F, line _____
 ☐ Schedule G _____
 **Newrez**

3.25 **Ashley Peplin**
 **1429 Via Sevilla**
 **La Verne, CA 91750**
 ☐ Schedule D, line _____
 ■ Schedule E/F, line __4.8__
 ☐ Schedule G _____
 **Equity Financial Design, LLC**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11766 Wilshire Boulevard, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _05/23/2024_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/23/2024 | Martha Araki | /s/ Martha Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*December 2015*    Page 2    **F 1007-1.1.AMENDED.SUMMARY**

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Samuel Mushegh Boyamian     samuel@marguliesfaithlaw.com, angela@marguliesfaithlaw.com,vicky@marguliesfaithlaw.com
Jeremy Faith     Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
Noreen A Madoyan     Noreen.Madoyan@usdoj.gov
Craig G Margulies     Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
David W. Meadows     david@davidwmeadowslaw.com
Jason M Rund (TR)     trustee@srlawyers.com, jrund@ecf.axosfs.com
James R Selth     jselth@wztslaw.com, jselth@yahoo.com;maraki@wztslaw.com;sfritz@wztslaw.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov