1   Alexander Darcy, Esq. (CSBA # 189315)
    DARCY & DARCY PC
2   444 North Michigan Avenue, Suite 3270
    Chicago, IL 60611
3   (312) 784-2400 Telephone
    (312) 784-2410 Facsimile
4   adarcy@darcydevassy.com

5   Attorney for Creditor,
    BankFinancial, National Association
6

**FILED & ENTERED**

**NOV 25 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bakchell  DEPUTY CLERK**

7           UNITED STATES BANKRUPTCY COURT CHANGES MADE BY COURT
         **CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**
8

9   In re:                                    Case No. 2:24-bk-13645-DS

10                                            Chapter 7

11  GREGORY A. PEPLIN,                        **ORDER GRANTING BANKFINANCIAL**
                                              **NATIONAL ASSOCIATION'S MOTION**
12                                            **TO EXTEND TIME TO OBJECT TO**
                                              **DISCHARGE**
13                       Debtor.
                                              Hearing:
14                                            Date:   November 6, 2024
                                              Time:   1:00 p.m.
15                                            Place:  Courtroom 1639 (Via ZoomGov)
                                                      255 East Temple Street
16                                                    Los Angeles, California 90012

17

18

19          The court held a hearing at the above time and place on "BankFinancial National

20  Association's Motion to Extend Time to Object to Discharge" (the "Motion," Docket No. 101).

21  Appearances were noted on the record.  Based on the Motion, the papers filed in support thereof

22  and in opposition thereto, the arguments of counsel, and the record in this case, and for the

23  reasons stated on the record at the hearing,

24  / / /

25

26

27

28

1     IT IS HEREBY ORDERED that the Motion is granted, and BankFinancial National

2    Association's deadline to file a non-dischargeability complaint under Section 523 of the

3    Bankruptcy Code (11 U.S.C. § 523) is extended to January 7, 2025.

4                  ###

Date: November 25, 2024

_____

Deborah J. Saltzman
United States Bankruptcy Judge