David B. Zolkin – Bar #155410
dzolkin@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (310) 207-1494

Attorneys for Gregory A. Peplin, Chapter 7 Debtor

**FILED & ENTERED**

APR 11 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GREGORY A. PEPLIN,<br><br><br>Debtor. | Case No. 2:24-bk-13645-DS<br><br>Chapter 7<br><br>**AMENDED ORDER APPROVING STIPULATION BETWEEN TRUSTEE AND DEBTOR RE: EXTENSION TO REINVEST HOMESTEAD PROCEEDS** |

The court having reviewed and considered the "Stipulation Between Trustee and Debtor re: Extension to Reinvest Homestead Proceeds" (the Stipulation, Docket No. 131) and the "Declaration of David B. Zolkin Regarding Stipulation Between Trustee and Debtor re: Extension to Reinvest Homestead Proceeds and Amended Order" (Docket No. 134), and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is approved. Debtor Gregory A. Peplin is granted a 121-day extension of the deadline by which he must reinvest the Homestead Proceeds (as defined in the Stipulation) pursuant to Cal. Civ. Proc. Code § 704.720(b), from May 1, 2025 through and including September 1, 2025.

###

Date: April 11, 2025

Deborah J. Saltzman
United States Bankruptcy Judge